

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

05/18/2020 01:30 PM

COURTROOM  8A

HONORABLE MICHAEL WILLIAMSON

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **8:20-bk-02280-MGW** | 13 | **03/16/2020** |

**Chapter 13**

**DEBTOR:**       James Darling

**DEBTOR ATTY:**   **Joseph Battaglia**

**TRUSTEE:**      **Kelly Remick**

**HEARING:**

Initial Confirmation Hearing

**APPEARANCES:**:
William Harrison (telephonic) for Trustee
**WITNESSES:**

**EVIDENCE:**

**RULING:**
Initial Confirmation Hearing -   Cont. to 10/26 @ 1:35 p.m., Announced in Open Ct., no further Ntc.
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.